IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| | : | 18 U.S.C. § 1001(a)(2) |
| HANNIBAL KOKAYI, | : | (False Statements) |
| Defendant. | : | |

## CRIMINAL INFORMATION- COUNT ONE

The United States Attorney charges that:

1. The Federal Bureau of Investigation ("FBI") has been investigating foreign terrorist groups, including the Islamic State of Iraq and al-Sham ("ISIS"). ISIS has been designated by the United States Secretary of State as a Foreign Terrorist Organization under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist ("SDGT") entity under section 1(b) of Executive Order 13224, who have sought to recruit U.S. persons as supporters and fighters. To gain supporters, recruit fighters, and raise funds, ISIS spreads its message of violent jihad using internet websites and social media platforms. Using these platforms, ISIS posts audio and video—including recruitment messages and updates of events in Syria and Iraq—to draw support. Online chat rooms controlled by ISIS sympathizers effectuate this support.

2. HANNIBAL KOKAYI ("KOKAYI") is a resident of the District of Columbia.

3. At all relevant times, FBI, an agency of the Executive Branch of the United States government, was conducting an international terrorism investigation to determine if a group of individuals in Washington D.C. and elsewhere, including the defendant KOKAYI, were committing federal offenses relating to terrorism, including whether they were attempting to provide material support to ISIS (including by attempting to travel to ISIS territory to fight on behalf of ISIS) or planning to commit terrorist acts in the United States on behalf of ISIS ("the FBI

Investigation"). A federal grand jury investigation in the District of Columbia was also initiated to investigate these potential offenses. Both the federal grand jury investigation and the FBI Investigation involved possible violations of 18 U.S.C. § 2339B: that is Providing, Attempting to Provide, and Conspiring to Provide Material Support to a Foreign Terrorist Organization (ISIS).

4. The following information was material to the FBI Investigation and the federal grand jury investigation: the identity of persons who KOKAYI and others encouraged to support ISIS; how KOKAYI and others encouraged supporters of ISIS; whether KOKAYI and others were training or preparing to fight for ISIS in the United States; whether KOKAYI, and others had any connection with ISIS members or any person who may have expressed support for committing attacks in the United States on behalf of ISIS; whether KOKAYI was aware of any discussion or planning by anyone to travel to ISIS territory to support ISIS, and whether KOKAYI, and others expressed support for ISIS or watched, reviewed and distributed ISIS propaganda as part of any of the above efforts or activities.

5. On or about July 24, 2018, KOKAYI was voluntarily interviewed by FBI Special Agents ("FBI Agents") at Dulles International Airport, in Virginia. During the interview, KOKAYI was warned that intentionally lying to the FBI was punishable under federal law. During the interview, FBI Agents asked KOKAYI about his association with foreign terrorist organizations, and specifically identified ISIS as a foreign terrorist organization. KOKAYI made false statements to the FBI Agents, including that:

   a. He had never expressed a desire to participate in, an extremist organization such as ISIS;

   b. He did not know of anyone who had participated with or been a member of an extremist organization such as ISIS;

    c. He had never encouraged anyone to participate in ISIS's activities;

    d. He never expressed a desire to support a terrorist organization;

    e. He never expressed a desire to join ISIS;

    f. He did not know of anyone who encouraged others to participate in or support a foreign terrorist organization;

    g. He did not personally know of anyone who had expressed a desire to join or support ISIS;

    h. He never expressed a desire to live in an area controlled by a terrorist organization;

    i. He did not know of anyone who wanted to travel overseas and live in ISIS controlled territory; and

    j. None of his friends in the District of Columbia support or have a desire to join a terrorist organization.

6. On or about August 23, 2018, KOKAYI voluntarily met with FBI Agents, in the District of Columbia. During the interview, FBI Agents advised KOKAYI that false statements to the FBI were punishable under federal law. During the interview, FBI Agents asked KOKAYI about an individual who had been criminally charged in the Eastern District of Virginia (hereinafter "P-4"), and KOKAYI's knowledge about activity related to foreign terrorist organizations, including ISIS. KOKAYI made false statements to the FBI Agents, including that:

    a. The answers he previously gave the FBI Agents on July 24, 2018, remained true and correct;

    b. He did not remember if P-4 had ever expressed a desire to fight jihad;

    c. He did not remember if P-4 had ever expressed a desire to travel overseas to fight jihad;

d. P-4 did not express sympathies for ISIS that would be construed as being supportive of the cause;

e. He did not remember if P-4 stated he wanted to travel to Syria to fight for ISIS;

f. He did not remember if he ever stated he wanted to travel to Syria to support ISIS or fight for ISIS;

g. He never expressed a desire to travel overseas to fight for ISIS, or to fight jihad;

h. He could not remember if anyone he knows or communicated with expressed a desire to him that they wanted to make hijrah[1] to support the Caliphate, support ISIS or to possibly martyr themselves;

i. He never expressed a desire to participate in, or become a member of, a foreign terrorist organization like ISIS, and he did not know anyone who had done so;

j. He never encouraged anyone to become a member or supporter of a foreign terrorist organization, such as ISIS;

k. He never expressed a desire to provide money, anything else of value, or services or labor in support of a foreign terrorist organization such as ISIS;

l. He did not know of anyone else who had provided support to ISIS or expressed a desire to provide money, anything else of value or services or labor for a foreign terrorist organization such as ISIS;

m. He never expressed a desire to travel abroad and live in an area controlled by a foreign terrorist organization such as ISIS; and

---

[1] "Hijrah" or "hijra" means migration, but was specifically used by Kokayi to mean the travel to engage in jihad.

    n. Neither he, nor anyone else he knows, encouraged, or provided advice or guidance, to anyone who expressed a desire to go overseas to support ISIS in any way.

7. On or about July 24, 2018 and August 23, 2018, in the District of Columbia and elsewhere, the defendant, HANNIBAL KOKAYI, knowingly and willfully made numerous material false statements regarding an FBI investigation, that is a matter within the Executive branch of the United States.

(**False Statements**, in violation of Title 18, United States Code, Section 1001(a)(2))

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____

Tejpal Chawla
Assistant United States Attorney
National Security Section
United States Attorney's Office
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530