U.S. Department of Justice
United States Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA :

:

V. Case No. 21-CR-308

:

**Hannibal Kokayi** :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the 3rd day of May ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by FBI Special Agent Christina Hagenbaugh to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to FBI-Washington Field Office ______ for "routine processing," and that this be a condition of being released on bond :

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of ______ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

/s/ J. Boasberg

Judge ( U.S. Magistrate)

DOJ USA-16-80

COURT

USP LVN