**Segment 1:**

[00:37:34] UCE: So you're actu-, like, so, you weren't just saying that, like you're actually serious? About-[00:37:38]

HK: What? About going?

[00:37:40] UCE: Yeah

HK: Yeah, insha'A- that's the plan, that's the end goal. Um, but-

[00:37:45] UCE: But like how? [00:37:46]

HK: Yeah that's the thing that's- 'cause right now it's really hard apparently, but -

[00:37:51] UCE: But like, would, like, what do you mean, like there. Like are you talking about Syria? Or [00:37:57]

HK: Well, either Syria or Iraq. It's either one. Or, I would either go to-

[00:38:00] UCE: Isn't it, more, but which one is more, like-[00:38:04]

HK: For Syria is-, is-, is uh, I think it's Raqqa, and then Iraq is Mosul but they've been doing a lot of bombings and stuff in Mosul. But even trying to get there from either way is difficult because now, especially for Muslims, they've been watching as soon as they try and get in, you know, flight somewhere-

UCE: [00:38:25] Yeah.

HK: So, I was thinking maybe- even before then to try and just, uh, take a trip elsewhere, maybe to Egypt because, you know, I have other family there. So I could just- and Egypt is in a good place because as, it's basically stuff to go to behind it and stuff to go to in front of it too so, it's

like, I feel like that's the best option to not, you know, get caught with anything but, we'll see I mean Allahu 'Alam I don't know, but-

UCE: **[00:38:56]** Yeah. So it's easy-, yeah I don't know how it is, I know, like, I know that there are ways to get there through Turkey. **[00:39:03]**

HK: mmhmm

UCE: **[00:39:04]** I wasn't sure like, I don't know anything about Egypt, so- **[00:39:07]**

HK: Yeah, no there's ways to get there through Turkey but, there um-

UCE: **[00:39:11]** But, like what do you, like, what do you plan on like doing there once you're there? Like you gonna, are you gonna be working, or are you gonna be **[00:39:18]**

HK: Oh, well, most likely fighting [laughing]

UCE: **[00:39:21]** Fighting?

HK: Inshallah, that's the-

UCE: **[00:39:22]** Inshallah

HK: That's always been the plan since, mmmm

UCE: **[00:39:27]** Aww

HK: Since a long time, so, yeah

UCE: **[00:39:31]** I don't know. **[00:39:34]**

HK: Yeah.

UCE: **[00:39:36]** So you're not, okay, I wasn't sure, I was maybe he's just not really serious about it, maybe- like I thought maybe it's just like your family influencing you. **[00:39:44]**

HK: Mm mm. Nah this has been something like even before, you know, my mom was into it, um I just, 'cause, back when we were younger we learned that, like uh, what shaheeds get and stuff

in Jannah, they don't have to go through the pain of death, or the trials of death and it's like, when we learned about the trials of death- 'cause we learned about the punishment in the grave before then, and then we learned about uh the Shaheed, and then I'm like, "Yeah that's the only way to go" and then, yeah also because like I'm really interested in the last days, like kind of the last days and whatever.

UCE: **[00:40:17]** Yeah you told me **[00:40:18]**

HK: So, yeah because of that too I was just like, either- I hope I get to be one of the uh, I think it's the ten best horsemen in the world or something like that, or the third that either dies for the sake of Allah, you know, fighting underneath the, uh, for the Mahdi, or the one that gets victory with the Mahdi and stays alive so, I was like hopefully I'm one of them, inshallah.

UCE: **[00:40:46]** Inshallah.

HK: Yeah that'd be great [laughing]