

June 30, 2021

To Whom it may concern

Hannibal Kokayi is and has been a patient under our care since January 2019 for significant sinus, asthma and allergy issues. He has had allergy testing done in our office that has confirmed significant allergic reactions. Hannibal has also undergone 3 office sinus procedures for his significant sinus disease and will continue to need medical management for these conditions.

He is currently on a strict regimen of immunotherapy (consisting of allergy shots) and Dupixent. This medication is given via subcutaneous injection every 2 weeks to treat the sinus, allergy and asthma condition that Hannibal has.

The recommendation is that this treatment regimen will be ongoing for the next 3 years. Please contact our office for any questions/issues.

Sincerely,

**Manish Khanna, MD**
**Chief Medical Officer**
**Capitol Breathe Free Sinus and Allergy Centers**
**www.capitolbreathefree.com**

Office Phone: 202.888.8365 • Fax: 833.200.5844

Email: info@capitolbreathefree.com

capitolbreathefree.com

2021 K St. NW Suite # 600 • Washington, DC 20006

# CAPITOL BREATHE FREE SINUS & ALLERGY
**Manish Khanna**
2021 K Street Nw 600 Washington, DC 20006-1003
Phone: (202) 888-8385  Fax: (833) 200-5844

**Hannibal Kokayi**

Visit Date: 10/20/2020

**Procedures Preformed:**
Two unique procedures were performed in this visit.

The first procedure performed was a dilation of the patient's sinuses as described below:

1. Bilateral ethmoid polypectomy
2. Bilateral Sinuva implant placement
3. Stereotactic surgical navigation

Anesthesia: Topical 4% lidocaine/afrin, topical 4% lidocaine/1:1000 adrenaline, topical 6% pontocaine gel, injectable 1% lidocaine/epinephrine

Details: The patient was prepped in the standard balloon dilation fashion and the nasal passages were treated with topical anesthesia. 1% lidocaine/epinephrine solution was injected into the uncinate process, middle turbinate and sphenopalatine region as well as polypoid areas. After adequate time, the middle turbinate was manipulated with the freer and proper anesthesia was achieved.

Facial registration was done with the Fiagon image guidance machine after the films were uploaded. Verification was noted on the patient's medial canthi and nasal tip.

Nasal polypectomy was then performed using a combination of the 4 and 3 mm microdebrider tips. Hemostasis was achieved intermittently with adrenaline cottonoids. The image guided probe was used to confirm the skull base, sinus ostia, and medial orbital wall during the procedure.

Next, Sinuva implants were placed into the ethmoid region on each side. A propel stent was then placed above the sinuva implant into the frontal recess on the right side.

After all procedures were complete, the nasal passages were cleared of secretions. IV sedation was reversed. The patient's nasal area cleaned and dried. The procedure was well tolerated and the patient was discharged with family members in stable condition.

Case 1:21-cr-00308-JEB   Document 15-12   Filed 07/14/21   Page 3 of 3

# CAPITOL BREATHE FREE SINUS & ALLERGY
## Manish Khanna, MD
2021 K Street Nw 600 Washington, DC 20006-1003
Phone: (202) 888-8385  Fax: (833) 200-5844

Hannibal Kokayi DOB: ▮▮▮▮ 29 year old, male



Visit Date: 07/16/2020

**Clinical Indication**
Chronic sinusitis

**Technique**
On a J. Morita Accuitomo CBCT scanner, a scan of the paranasal sinuses was performed with the patient in an upright, seated position. Multiplanar reformats were performed on a workstation to generate images in the axial, sagittal, and coronal planes with a slice thickness of 1.0mm. Dose reduction techniques were utilized in the performance of the examination including digital collimation, pulsed beam, and appropriate tube voltage and current.

**Quality of Study**
Excellent

**Comparisons**
01/25/2019

**Findings**
There is complete obstruction of the left nasal passage way with inferior turbinate hypertrophy. The right passageway demonstrates near complete obstruction. There are heterogeneous secretions noted within the maxillary sinuses with complete opacification. There is a complete opacification of the ethmoid sinuses bilaterally. There is complete opacification of the frontal sinuses bilaterally. There is a complete opacification of the sphenoid sinuses as well

**Impression**
Severe pansinusitis. Bilateral inferior turbinate hypertrophy. Similar to previous imaging.

**Reviewed and electronically signed by**
Manish Khanna, M.D.